IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02cr301 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TROY DALE MOORE, | ) | |
| Defendant. | ) | |

Defendant Troy Dale Moore, appeared before the court on November 21, 2008 on a Summons for a Petition for Offender Under Supervision [37]. The defendant was represented by Assistant Federal Public Defender, Karen Shanahan and the United States was represented by Assistant U.S. Attorney John Higgins. The defendant enters denials on the petition. The oral motion to continue is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on February 11, 2009.** Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 21st day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge